**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01231-CR

**JOHNNY CARLOS FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1470989-N**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE